# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES HAYES, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) No. 1:22-cv-05822 |
| v. | ) ) ) Honorable Steven C. Seeger |
| MAJOR LEAGUE BASEBALL ADVANCED MEDIA L.P., | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S STATEMENT IN RESPONSE TO JANUARY 9, 2023 ORDER OF COURT (DKT. NO. 17)

Plaintiff's Counsel acknowledges their mistake in opposing Defendant's request to exceed the page limit for its Motion to Dismiss and Compel Arbitration, and fully understands that adjudicating a dispute over four additional pages is not a good use of the Court's limited resources. Plaintiff, by and through undersigned counsel, respectfully withdraws his opposition to Defendant's motion. Furthermore, Plaintiff's Counsel will heed the Court's guidance on the subject in this and other matters going forward.

Dated: January 10, 2023

Respectfully submitted:

By: /s/ Catherine Mitchell

Ryan F. Stephan
James B. Zouras
Catherine Mitchell
Michael Casas
**STEPHAN ZOURAS, LLP**
100 N Riverside Plaza, Suite 2150
Chicago, IL 60606
(312) 233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com
mcasas@stephanzouras.com

2

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on January 10, 2023, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

*/s/ Catherine Mitchell*