IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES HAYES, individually and on behalf of all others similarly situated<br><br>     Plaintiff,<br> v.<br><br>MAJOR LEAGUE BASEBALL ADVANCED MEDIA, L.P.<br><br>     Defendant. | Case No. 1:22-cv-5822 |

## VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Hayes, by and through his attorney, hereby requests to voluntarily dismiss Plaintiff's Complaint with prejudice. No Answer or Motion for Summary Judgement has been served by the opposing party.

Date: February 10, 2023

Respectfully Submitted,

*/s/ Ryan F. Stephan*
Ryan F. Stephan
James B. Zouras
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com

Brandon M. Wise – IL Bar # 6319580

1

PEIFFER WOLF CARR
KANE CONWAY & WISE, LLP
73 W. Monroe, 5th Floor
Chicago, IL 60604
T: 312-444-0734

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2023, he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

<em>/s/ Ryan F. Stephan</em>