**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

James Hayes

                    Plaintiff,

v.                                     Case No.: 1:22−cv−05822

                                     Honorable Steven C. Seeger

Major League Baseball Advanced Media, L.P.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 13, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Plaintiff's notice of voluntary dismissal (Dckt. No. [24]), which is self−effectuating under Rule 41(a)(1)(A)(i). All pending motions are denied as moot. The complaint is dismissed with prejudice. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.